Ophir J. Bitton    SBN: 204310
BITTON & ASSOCIATES
12080 Ventura Place, Suite D
Studio City, CA 91604
Tel. No. 818-524-1223/Fax No. 818-524-1224
Email: ophir@bittonlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID 21, INC., a Nevada Corporation headquartered in Los Angeles, California,<br><br>Plaintiff(s),<br>v.<br>ROLEX WATCH USA, INC., a New York Corporation; ROLEX SA, a Swiss Corporation; and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>CV11-00449 GAF (AJWx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

June 7, 2011                                      [signature]
_____                    _____
Date                                              Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*